IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN 20 PM 3: 01
TEXAS-EASTERN

| | |
|---|---|
| JOHN P. FREDRICHS, § | |
| Plaintiff, § | |
| § | CASE NO. 4:07cv12 |
| v. § | |
| § | |
| TIME INSURANCE COMPANY, f/k/a § | |
| FORTIS INSURANCE COMPANY, § | |
| KENNETH WAYNE SMITH and § | |
| RAYMOND C. WITT, § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 1, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that Plaintiff's Motion to Remand is DENIED.

SIGNED this 19th day of June, 2007.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE